FILED

09/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0616

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0616

_____

BENJAMIN M. DARROW,

       Petitioner and Appellant,

   v.

THE EXECUTIVE BOARD OF THE MISSOULA
COUNTY DEMOCRATIC CENTRAL
COMMITTEE, and DAVID KENDALL,
individual and in his position as Chair of the
MISSOULA COUNTY DEMOCRATIC
CENTRAL COMMITTEE,

       Defendants and Appellees.

                          O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Benjamin M. Darrow, to all counsel of record, and to the Honorable Howard F. Recht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 15 2021